ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 MAY 25 P 2: 57
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-005 |
| | * | |
| SHERVONIA CARTER | * | |

O R D E R

Defendant Shervonia Carter has filed a motion for modification of judgment (doc. no. 24) to defer her reporting date to the Bureau of Prisons. While receiving various forms of public assistance, Carter voluntarily involved herself in a conspiracy to steal money from the public treasury by way of tax frauds during the course of which the government suffered huge losses, over $200,000 of which is attributable to her. After pleading guilty to an information, Carter's sentencing, originally scheduled for March 28, 2017, was rescheduled to April 12, 2017, for reasons related to her minor children. Carter was indeed sentenced on April 12th and was directed by the Bureau of Prisons to report to serve her sentence on May 30, 2017.

On no less than four occasions after her guilty plea on February 6, 2017, the United States Probation Officer advised Carter to make arrangements for the minor children.[1] Now, as

---

[1] The Probation Officer's file contains notes that he so advised Carter on February 8 and 23, April 19, and May 11, 2017.

the reporting date approaches, Carter seeks a virtual indefinite delay whereby the Judgment of April 17, 2017, would be modified so that Carter shall not be required to report to the Bureau of Prisons "until such time as the three Emergency Motions for Guardianship [for her children] presently pending in the Juvenile Court of Richmond County can be heard." (Doc. No. 24, at 3.)

The principal feature of this case is delay, both by the Government and Carter. Carter received a target letter on August 25, 2016. She was charged in an information filed with the Clerk on January 13, 2017, alleging a conspiracy which existed between January, 2011 and January, 2016.

Interestingly, the reason stated for the recent motion to defer the reporting date relates to the niceties and intricacies of a particular public assistance program (Section 8 Housing).

The Probation Officer urged Carter to anticipate and resolve the problem she now faces. She demurred and waited until the eleventh hour to attempt its resolution.

Upon the foregoing, Defendant Carter's motion to modify the judgment of April 12, 2017 (doc. no. 24) is **DENIED**. The Defendant shall report as directed by the Bureau of Prisons.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE