ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 JUL -5 P 3: 28
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO: CR117-005 |
| | ) | |
| SHERVONIA CARTER, | | |

## ORDER

The defendant, Shervonia Carter, is in the custody of the Bureau of Prisons.

Surety, April Demmons, has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by April Demmons for this defendant, plus all accrued interest thereon, be returned to April Demmons at 34 McAlpine Dr., Augusta, GA 30906.

This 5th day of July, 2017 at Augusta, Georgia.

HONORABLE DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA